## Elbert BROWN, Appellant,

v.

Jo Anne B. BARNHART, Commissioner of Social Security Administration, Appellee.

No. 02–3722.

United States Court of Appeals, Eighth Circuit.

Submitted July 30, 2003.

Decided Aug. 5, 2003.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Elbert Brown appeals the district court's * order dismissing for lack of juris-

---

1. The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

* The Honorable James M. Moody, United States District Judge for the Eastern District

of Arkansas, adopting the report and recommendations of the Honorable Jerry Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.

diction Brown's appeal of the Commissioner's denial of disability insurance benefits (DIB). When Brown filed a third application for DIB, the Commissioner dismissed Brown's request for a hearing on the basis of res judicata; the Commissioner also determined good cause did not exist to reopen the final decision on Brown's second application. The district court concluded it lacked jurisdiction to review the Commissioner's res judicata determination and refusal to reopen. On de novo review, *see Boock v. Shalala,* 48 F.3d 348, 351 & n. 2 (8th Cir.1995), we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.

A true copy.